| | |
|---|---|
| MICHAEL A. JACOBS (State Bar. No. 111664)<br>mjacobs@mofo.com<br>STEFANI E. SHANBERG (State Bar No. 206717)<br>sshanberg@mofo.com<br>ROBIN L. BREWER (State Bar No. 253686)<br>rbrewer@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105<br>Telephone:   (415) 268-7000<br>Facsimile:   (415) 268-7522<br><br>Attorneys for Plaintiff<br>SYMANTEC CORPORATION | PAUL J. ANDRE (State Bar No. 196585)<br>pandre@kramerlevin.com<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, California  94025<br>Telephone:   (650) 752-1700<br>Facsimile:   (650) 752-1800<br><br>Attorneys for Defendants<br>CUPP CYBERSECURITY, LLC and<br>CUPP COMPUTING AS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>            Plaintiff,<br><br>      v.<br><br>CUPP CYBERSECURITY, LLC and<br>CUPP COMPUTING AS,<br><br>            Defendants. | Case No. 3:18-cv-04720-WHO<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and through their respective undersigned counsel, Plaintiff Symantec Corporation ("Symantec") and Defendants CUPP Cybersecurity, LLC and CUPP Computing AS (collectively, "CUPP") (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on June 14, 2018, CUPP filed a Complaint for Patent Infringement in the Northern District of Texas (the "Texas Action");

WHEREAS, on August 6, 2018, Symantec filed a motion to dismiss for improper venue ("Venue Motion");

WHEREAS, on August 6, 2018, Symantec filed a Complaint for Declaratory Judgment in the above-captioned action alleging noninfringement of the same patents asserted by CUPP in the Texas Action ("Declaratory Judgment Complaint");

WHEREAS, the District Court for the Northern District of Texas granted the Venue Motion and transferred the Texas Action to the Northern District of California;

WHEREAS, the parties agreed to an extension to September 28, 2018, Dkt. No. 11, a further extension to November 27, 2018, Dkt. No. 12, and a further extension to February 25, 2019, Dkt. No. 13, for CUPP to respond to the Declaratory Judgment Complaint, pending a decision in the Texas Action;

WHEREAS, CUPP has not yet responded to the Declaratory Judgment Complaint; and

WHEREAS, the Court has yet to set a case management conference in this action;

WHEREAS, both the Texas Action and this action are now before this Court; and

WHEREAS, it is unnecessarily duplicative for both cases to proceed;

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate and agree that Symantec may voluntarily dismiss the Declaratory Judgment Complaint in this action without prejudice.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: February 21, 2019 | By:  /s/ Stefani E. Shanberg |
| 2 | | STEFANI E. SHANBERG |

Attorneys for Plaintiff
SYMANTEC CORPORATION

Dated: February 21, 2019                                      By:  /s/ Paul J. Andre
                                                                                        PAUL J. ANDRE

Attorneys for Defendants
CUPP CYBERSECURITY, LLC and
CUPP COMPUTING AS

### **ATTESTATION CLAUSE**

I, Stefani E. Shanberg, am the ECF user whose identification and password are being used in this filing.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Paul J. Andre of Kramer Levin Naftalis & Franken LLP has concurred in the filing of this document.

Dated:  February 21, 2019                                       /s/ Stefani E. Shanberg
                                                                                   STEFANI E. SHANBERG